## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE: LUCIENNE MOOLENAAR,     :     Civil No. 2:19-cv-05767
             Debtor.     :

_____:     Bankruptcy No. 19-16773
     :

LUCIENNE MOOLENAAR,     :
           Appellant,     :
     :
          v.     :
     :
JAMESTOWN VILLAGE-AIMCO,     :
           Appellee.     :

_____

## O R D E R

**AND NOW**, this 21st day of August, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Bankruptcy Court's Order dated December 4, 2019, denying the Motion for Determination and Imposition of the Automatic Stay is **AFFIRMED**.

2. The Emergency Motion for Reinstatement, ECF No. 19, is **DISMISSED as moot**.

3. This case is **CLOSED**.

BY THE COURT:

_/s/ Joseph F. Leeson, Jr._____
JOSEPH F. LEESON, JR.
United States District Judge